IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE BROCKLEHURST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA ,<br><br>　　　　Defendant. | CIVIL ACTION NO. 24cv6143 |

## ORDER

**AND NOW,** this 8th day of April, 2025, **IT IS ORDERED** that Rule 16 Conference in the above matter is **RESCHEDULED** for **Monday, April 14, 2025, at 2:00 P.M. Please use the following call-in telephone number to be connected to the conference: +1 267-817-5858, Passcode: 120796657#.**

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　<u>S/CYNTHIA M. RUFE</u>
　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**